# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 2005-0107 |
| v. | ) | |
| | ) | |
| 1984 WHITE SONIC SPEEDBOAT | ) | |
| S/N JCL24066M84C, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on a Motion for Summary Judgment.  The government requests that the Defendant *in rem*, a 1984 White Sonic Speedboat, Serial No. JCL24066M84C, should be forfeited in favor of the United States.  After careful consideration, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

      **ORDERED** that the government's Motion for Summary Judgment is **GRANTED**.  It is further

      **ORDERED** that the Defendant property is forfeited to the United States of America and that no right, title or interest in the property shall exist in any other party.  It is further

      **ORDERED** that, to the extent that there exits any funds over and above all costs incurred by the United States for storage, maintenance, or other expenses associated with the possession of the Defendant property during the time this matter was pending, the United States shall pay

the claim of Bryan Marine Service, as shown in the claim filed by that entity, or the United States, according to its procedures, may settle the claim of Bryan Marine Service for some other amount acceptable to the parties. The Defendant property shall be disposed of according to law.

      ENTERED this 5th day of November, 2008.

                                                              /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **SENIOR U.S. DISTRICT JUDGE**